DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DOMINIC MADISON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-131

[April 12, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; James W. McCann, Judge; L.T. Case No. 562012CF003095AXXX.

Dominic Madison, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***